**Electronically Filed
Supreme Court
SCAD-16-0000523
05-JAN-2017
01:17 PM**

SCAD-16-0000523

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

WILLIAM T. MARTINEZ,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 15-034-9253)

<u>ORDER OF REINSTATEMENT</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the December 20, 2016 affidavit submitted by Respondent William T. Martinez and the record, it appears Respondent Martinez has complied with the terms of his suspension. We further note Respondent Martinez has averred he intends to comply in a timely manner with the requirement he pay $2,417.00 in restitution to his former client. Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Martinez is reinstated to the practice of law in the jurisdiction of the State of Hawai'i, effective upon entry of this order.

DATED: Honolulu, Hawai'i, January 5, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

